IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TROY MICHAEL KRATZ,

    Plaintiff,

v.

DOCTOR BURTON COX,
MARY MILLER and
DOCTOR AMJAD SAFVI,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-630-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claim against Mary Miller for failure to state a claim upon which relief may be granted;

(2) dismissing Doctor Amjad Safvi without prejudice; and

(3) granting summary judgment in favor of Doctor Burton Cox and dismissing this case.

_____    _8/27/12_
Peter Oppeneer, Clerk of Court         Date